IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| FREEDOM MEDICAL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 5:09cv152 |
| | § | |
| PREMIER PURCHASING PARTNERS, L.P.; PREMIER, INC.; NOVATION, L.L.C.; UNIVERSAL HOSPITAL SERVICES, INC.; and HILL-ROM COMPANY, INC., | § | JURY |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| UNIVERSAL HOSPITAL SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FREEDOM MEDICAL, INC., | § | |
| | § | |
| Counterclaim-Defendant. | § | |

**SUPPLEMENTAL AFFIDAVIT OF NORMAN J. BAER**

STATE OF MINNESOTA   )
                     : 
COUNTY OF HENNEPIN   )

NORMAN J. BAER, being first duly sworn upon oath, hereby states as follows:

1. I am an attorney admitted to practice before this Court, and a shareholder in the firm of Anthony Ostlund Baer & Louwagie P.A., counsel to Universal Hospital Services, Inc. I

2

make and submit this supplemental affidavit in support of Defendant Universal Hospital Services, Inc.'s Motion to Dismiss for Failure to Join Indispensable Parties.

    2.    Attached as Exhibits are true and correct copies of the following:

    Exhibit J:    Letter from Richard T. Ostlund to Nicholas H. Patton and Lewis T. LeClair, dated December 20, 2011

    Exhibit K:    Letter from Richard T. Ostlund to Nicholas H. Patton and Lewis T. LeClair, dated January 23, 2012

FURTHER YOUR AFFIANT SAYETH NOT.

    *s/ Norman J. Baer*
    Norman J. Baer

Subscribed and sworn to before me
this 5th day of April, 2012

*s/Julie M. Blakeley*
Notary Public